# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHELLEY RESILARD HASKINS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| EXPERIAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT TRANS UNION'S
## CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Trans Union hereby consents to the notice of removal of this action from the Justice of the Peace Court of the State of Delaware in and for New Castle County, Court No. 13, wherein it is now pending, to the United States District Court for the District of Delaware.

Respectfully submitted this 30th day of November, 2016.

/s/Robert J. Schuckit
Robert J. Schuckit
Schuckit & Associates PC
*Attorneys for Defendant Trans Union*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHELLEY RESILARD HASKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPERIAN, et al.,<br><br>    Defendants. | Case No. |

## DEFENDANT EXPERIAN'S
## CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Experian hereby consents to the notice of removal of this action from the Justice of the Peace Court of the State of Delaware in and for New Castle County, Court No. 13, wherein it is now pending, to the United States District Court for the District of Delaware.

Respectfully submitted this 30th day of November, 2016.

                                              /s/Mark C. Zheng
                                              Mark C. Zheng
                                              Jones Day
                                              *Attorneys for Defendant Experian*