## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHELLEY RESILARD HASKINS,                    CASE NO. 1:16-cv-01112-GMS

      Plaintiff,

   vs.

EXPERIAN; TRANS UNION; and
EQUIFAX INFORMATION SERVICES,
LLC;

      Defendants.

## TRANS UNION, LLC'S REPLY IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

Blake A. Bennett (#5133)
Cooch and Taylor, P.A.
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 984-3800
E-Mail:  bbennett@coochtaylor.com

*Counsel for Defendant Trans Union, LLC*

Sandra Davis Jansen, Esq. (IN #27803-53)
 (admitted *Pro Hac Vice*)
Colin C. Poling, Esq. (IN #32413-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  sjansen@schuckitlaw.com
       cpoling@schuckitlaw.com

Dated:  October 11, 2017

# TABLE OF CONTENTS

I.      NATURE AND STAGE OF PROCEEDINGS.......................................................1

II.     DISCUSSION...............................................................................................1

III.    CONCLUSION...........................................................................................2

# <u>TABLE OF AUTHORITIES</u>

**Cases**

*Bornstad v. Honey Brook Twp.*
    211 Fed. Appx. 118 (3d Cir. 2007) ..................................................................... 2

*Collins v. Williams*
    575 F. Supp. 2d 610 (D. Del. Sep. 11, 2008) ...................................................... 1

Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby submits its Reply In Support Of Its Motion For Summary Judgment [D.I. 27] (the "Motion").

The Motion in this alleged Fair Credit Reporting Act ("FCRA") case, where from the filing of the Complaint to date Plaintiff has taken no action whatsoever, should be granted because:

A.     For the reasons stated in Trans Union's Memorandum Of Law In Support Of Law In Support Of Motion For Summary Judgment [D.I. 28] and;

B.     Because Plaintiff failed to respond to Trans Union's Motion For Summary Judgement, Plaintiff has not provided any required factual support for her claims and cannot show there is a genuine issue of fact for trial.

## I.     NATURE AND STAGE OF PROCEEDINGS

On September 18, 2017, Trans Union filed its Motion For Summary Judgment [D.I. 27], Memorandum Of Law In Support Of Law In Support Of Motion For Summary Judgment [D.I. 28] (the "Memorandum") and Statement Of Material Facts In Support Of Its Motion For Summary Judgment [D.I. 29] (the "Statement").  Pursuant to the Court's Scheduling Order [D.I. 14], Plaintiff was to file a response to Trans Union's Motion on or before October 2, 2017. Plaintiff never filed a response to the Motion.

## II.     DISCUSSION

In light of the demonstration of no genuine issue for trial in the Memorandum and Statement and Plaintiff's failure to respond, Trans Union's Motion should be granted.  The Court will grant the entry of summary judgment by considering the merits of Trans Union's Motion and Plaintiff cannot rely merely on the unsupported allegations contained within her Complaint. See Collins v. Williams, 575 F. Supp. 2d 610, 614 (D. Del. Sep. 11, 2008) ("If the moving party

has demonstrated an absence of material fact, the nonmoving party then 'must come forward with 'specific facts showing that there is a genuine issue for trial.''").  Since Plaintiff has provided <u>no</u> factual support in the record for her claims – or even attempted to refute the arguments contained within Trans Union's Motion – she cannot show that there is a genuine issue for trial. <u>See</u> <u>Bornstad v. Honey Brook Twp.</u>, 211 Fed. Appx. 118, 126 (3d Cir. 2007) (affirming summary judgment where plaintiff "failed to come forward with anything more than bald assertions….").

## III.  <u>CONCLUSION</u>

For the foregoing reasons, Trans Union respectfully requests that the Court grant its Motion For Summary Judgment and for all other relief this Court deems just and proper.

Date:  October 11, 2017

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 984-3800
E-Mail:  bbennett@coochtaylor.com
*Counsel for Defendant Trans Union, LLC*

**OF COUNSEL**
Sandra Davis Jansen, Esq. (IN #27803-53)
  (admitted *Pro Hac Vice*)
Colin C. Poling, Esq. (IN #32413-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  sjansen@schuckitlaw.com
          cpoling@schuckitlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of October 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Chad M. Shandler, Esq.<br>shandler@rlf.com | Travis S. Hunter, Esq.<br>hunter@rlf.com |
|---|---|
| Christopher J. Day, Esq.<br>cday@clarkhill.com | Karen M. Grivner, Esq.<br>kgrivner@clarkhill.com |
| Mark C. Zheng, Esq.<br>mzheng@jonesday.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of October, 2017**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Shelley Resilard Haskins<br>201 Philadelphia Pike, Unit 216<br>Wilmington, DE  19809 | |
|---|---|

/s/Blake A. Bennett
Blake A. Bennett (#5133)